IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SHEPARD, | Case No.: 11-5530 JSC |
| Plaintiff, | **ORDER RE: CASE DEADLINES AND FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

The parties appeared for a Case Management Conference ("CMC") in this case on March 8, 2012. The Court adopted the following schedule as previously agreed to by the parties:[1]

| | |
|---|---|
| Non-expert discovery cutoff: | November 2, 2012 |
| Expert disclosure: | November 9, 2012 |
| Rebuttal Expert Disclosure: | November 16, 2012 |
| Expert discovery cut-off: | December 15, 2012 |
| Dispositive motion hearing cutoff: | January 24, 2013 |

---

[1] The Court modified the schedule slightly to reflect the Court's Law and Motion schedule.

1    Pretrial conference: February 14, 2013
2    In addition, the parties shall participate in private mediation within 90 days.
3    The Court will hold a further case management conference on July 12, 2012 at 1:30
4 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The
5 CMC statement shall be filed by July 5, 2012.
6    **IT IS SO ORDERED.**

8 Dated: March 8, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE